IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 005-0424-03-CR-W-ODS |
| ) | |
| RUSS B. COHEN, ) | |
| ) | |
| Defendant. ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pending before the Court is Magistrate Judge Sarah W. Hays' Report and Recommendation that Defendant's Motion to Dismiss be denied. (Doc. # 31). Defendant has not filed any objections to the Report and Recommendation and the time for doing so has passed. Having reviewed the record de novo, the Court adopts the Report and Recommendation of the United States Magistrate Judge as the Order of the Court. Therefore, Defendant's Motion to Dismiss is denied.
IT IS SO ORDERED.

DATE: September 5, 2006                 /s/ Ortrie D. Smith
                                        ORTRIE D. SMITH, JUDGE
                                        UNITED STATES DISTRICT COURT