IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-00424-03-CR-W-ODS |
| | ) | |
| RUSSELL B. COHEN, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On November 16, 2005, the Grand Jury returned a two count indictment against defendants Timothy J. Muldoon, Tina D. Muldoon and Russell B. Cohen.[1] The indictment charges the defendants with presenting false claims to the United States in violation of 18 U.S.C. §§ 287 and 2 (Count One) and 18 U.S.C. §§1001 and 2 (Count Two).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
      Government: Linda Marshall
      Case Agent: Special Agent Monique Sanchez of the Department of Energy
      Defense: Christopher Grillo
                  John Picerno, local counsel

**OUTSTANDING MOTIONS**: **None**

**TRIAL WITNESSES**:
      Government: 15 witnesses with stipulations; 20-21 witnesses without stipulations
      Defendants: less than 5 witnesses, including the defendant

**TRIAL EXHIBITS**
      Government: 273 exhibits (mainly business records)
      Defendant: 1 Exhibit in addition to those exhibits on the government's list

**DEFENSES**: General Denial

---

[1] The case against defendants Timothy Muldoon and Tina Muldoon has been transferred to the Southern District of Florida for plea and sentencing.

**POSSIBLE DISPOSITION**:

(**X** ) Definitely for trial;    ( ) Possibly for trial;    ( ) Likely a plea will be worked out

**TRIAL TIME: 3 ½ -4  days**[2]
  Government's case including jury selection: 3  days
  Defense case: ½  day or less

**STIPULATIONS**: The parties are working on stipulations as to chain of custody and that documents are business records.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

  **Witness and Exhibit List**
  Government: Friday before the pretrial conference
  Defense: Friday before the pretrial conference
  **Counsel are requested to list witnesses in alphabetical order on their witness list.**

  **Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday,** October 25, 2006
  **Please Note**: Jury instructions must comply with Local Rule 51.1

  **Motion in Limine:** Defense counsel indicated he may file something to re-raise all of the issues raised in his pretrial motions.  Government counsel also indicated that she does not intend to raise issues from the Florida prosecution, in which case the defendant is also charged, in her case in chief.  Thus, defendant will not need to file a motion in limine to keep out that evidence.

**TRIAL SETTING**: Criminal jury trial docket commencing November 6, 2006.
  **Please note:** Ms. Marshall, counsel for the government, is available only the first week of the docket.

**IT IS SO ORDERED.**

          _____/s/_____
               SARAH W. HAYS
               United States Magistrate Judge

---

[2] Defense counsel believes that this estimate of the trial time is too optimistic and that the case will take a week to try.

3